**Dismissed and Memorandum Opinion filed March 19, 2013.**



In The

# Fourteenth Court of Appeals

### NO. 14-13-00009-CV

### STEPHEN EICHELSDORFER, D.P.M., Appellant

### V.

### SIDNEY HOLLIS AND ANGIE HOLLIS, Appellees

**On Appeal from the 269th District Court
Harris County, Texas
Trial Court Cause No. 2012-21125**

## M E M O R A N D U M   O P I N I O N

This is an attempted appeal from the denial of a motion to dismiss pursuant to Chapter 74 of the Texas Civil Practice & Remedies Code. The trial court simultaneously granted plaintiff's motion for an extension of time. *See* Tex. Civ. Prac. & Rem. Code § 74.351(c).

The denial of a motion to dismiss, coupled with the grant of an extension of time to cure a timely but deficient expert report, are inseparable for purposes of an

appeal. *Ogletree v. Matthews,* 262 S.W.3d 316, 321 (Tex. 2007). In such cases, the Legislature's prohibition on appealing extension orders precludes an interlocutory appeal. *Id.*

On January 30, 2013, the court notified the parties of its intent to dismiss the appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3. Both sides have filed a response. Appellant's response fails to demonstrate that this court has jurisdiction to entertain the appeal.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Frost, Brown, and Busby.